# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

**Trustee's Final Report**

In Re:   LOUIS E. SPANIEL & EVELYN L. SPANIEL                                        Case Number: 04-73340
       123 AZALEA AVENUE                                            SSN-xxx-xx-9483 & xxx-xx-7888
       DAVIS JUNCTION, IL  61020

Case filed on: 7/1/2004
Plan Confirmed on: 9/10/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $43,980.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | GREEN TREE SERVICING LLC | 0.00 | 0.00 | 11,926.66 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 11,926.66 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 013 | H&R COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LOUIS E. SPANIEL | 0.00 | 0.00 | 690.01 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 690.01 | 0.00 |
| 001 | AMCORE BANK NA | 16,050.00 | 16,050.00 | 16,050.00 | 1,348.91 |
| 002 | DEALER FINANCIAL SERVICES | 100.00 | 100.00 | 100.00 | 0.00 |
| 005 | THE NATIONAL BANK & TRUST CO SYCAMORE | 4,900.00 | 4,900.00 | 4,900.00 | 412.85 |
|  | Total Secured | 21,050.00 | 21,050.00 | 21,050.00 | 1,761.76 |
| 001 | AMCORE BANK NA | 7,028.59 | 7,028.59 | 923.99 | 0.00 |
| 002 | DEALER FINANCIAL SERVICES | 410.38 | 410.38 | 53.95 | 0.00 |
| 005 | THE NATIONAL BANK & TRUST CO SYCAMORE | 1,061.00 | 1,061.00 | 139.48 | 0.00 |
| 006 | AMERICAN GENERAL FINANCE | 8,563.24 | 8,563.24 | 1,125.74 | 0.00 |
| 007 | BYRON FIRE PROTECTION DIST. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 1,462.94 | 1,462.94 | 192.32 | 0.00 |
| 009 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,141.72 | 1,141.72 | 150.09 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 575.49 | 575.49 | 75.66 | 0.00 |
| 012 | MENDOTA COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PHYSICIAN SERVICES OF MCH | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RESURGENT CAPITAL SERVICES | 1,105.55 | 1,105.55 | 145.34 | 0.00 |
| 016 | SAM'S CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ST. JAMES HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | RESURGENT CAPITAL SERVICES | 7,533.75 | 7,533.75 | 990.40 | 0.00 |
|  | Total Unsecured | 28,882.66 | 28,882.66 | 3,796.97 | 0.00 |
|  | Grand Total: | 52,632.66 | 52,632.66 | 40,163.64 | 1,761.76 |

Total Paid Claimant:      $41,925.40
Trustee Allowance:         $2,054.60          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      13.15            discharging the trustee and the trustee's surety from any and all
                                              liablility on account of the within proceedings, and closing the estate,
                                              and for such other relief as is just.  Pursuant to FRBP, I hereby
                                              certify that the subject case has been fully administered.

Report Dated:

                                      /s/ Lydia S. Meyer
                                    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008              By  /s/Heather M. Fagan